IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH DION WASHINGTON, #55304-177, | § | |
| | § | |
| Movant, | § | |
| | § | |
| V. | § | Civil No. 3:20-CV-845-M-BK |
| | § | (Criminal No. 3:17-CR-012-M-8) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Movant's motion to vacate sentence under 28 U.S.C. § 2255 is **DISMISSED WITHOUT PREJUDICE** and Movant is **PERMITTED** to proceed with an out-of-time appeal in his underlying criminal case.

The Clerk of the Court is directed to **RE-ENTER** the judgment in the underlying criminal action, Cause No. 3:17-CR-12-M-8, and **FILE** a notice of appeal on Movant's behalf no later than 14 days after the reentry of the criminal judgment. The Court will then determine whether Movant is financially able to retain an attorney to represent him on appeal or whether an attorney should be appointed to represent him.

SO ORDERED this 6th day of December, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE